# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>4820 HEAVEN AVENUE, WOODLAND HILLS, CALIFORNIA, the premises known as, and several other premises searched,<br><br>　　　　　　　Defendant,<br><br>　and<br><br>FRANK S. CLEMENT, AKA Frank Clement,<br><br>　　　　　　　Claimant,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | NO. CV 04-06586 GHK (SSx)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Claimant's Motion for Return of Property, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Claimant's Objections. After having made a de novo determination of the

portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that the Motion for Return of Property is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Claimant and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 3/22/12

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE