```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     CENTRAL DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   NO. CV 04-06586 GHK (SSx)
                                   )
11              Plaintiff,         )
                                   )
12       v.                        )
                                   )
13  4820 HEAVEN AVENUE, WOODLAND   )
    HILLS, CALIFORNIA, the premises)
14  known as, and several other    )
    premises searched,             )
15                                 )        JUDGMENT
                Defendant,         )
16                                 )
         and                       )
17                                 )
    FRANK S. CLEMENT, AKA Frank    )
18  Clement,                       )
                                   )
19              Claimant,          )
                                   )
20       v.                        )
                                   )
21  UNITED STATES OF AMERICA,      )
                                   )
22              Respondent.        )
                                   )
23
24
25       Pursuant to the Court's Order Accepting Findings, Conclusions and
26  Recommendations of United States Magistrate Judge,
27  \\
28  \\
```

1    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed
2 with prejudice.

4 DATED: 3/22/12

```
                                    _____
                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE
```