**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>4820 HEAVEN AVENUE, WOODLAND HILLS, CALIFORNIA, the premises known as, and several other premises searched,<br><br>        Defendant,<br><br>   and<br><br>FRANK S. CLEMENT, aka Frank Clement,<br><br>        Claimant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. CV 04-6586 GHK (SSx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Claimant's Motion for Equitable Relief, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report

and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that the Motion for Equitable Relief is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Claimant and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 10/26/15

GEORGE H. KING
UNITED STATES DISTRICT JUDGE