1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 04-6586 GHK (SSx) |
|            Plaintiff, | |
|       v. | **JUDGMENT** |
| 4820 HEAVEN AVENUE, WOODLAND HILLS, CALIFORNIA, the premises known as, and several other premises searched, | |
|            Defendant, | |
|   and | |
| FRANK S. CLEMENT, aka Frank Clement, | |
|            Claimant, | |
|       v. | |
| UNITED STATES OF AMERICA, | |
|            Respondent. | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

1   IT IS HEREBY ADJUDGED that the above-captioned action is
2   dismissed with prejudice.

6   DATED: 10/26/15

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE